IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CENTENNIAL PHARMACEUTICAL, INC

CASE NO. 98-08086 MCF

Chapter 7

XXX-XX6192

FILED & ENTERED ON 9/2/2016

Debtor(s)

ORDER

The application for payment of unclaimed funds to claimant, filed by Upjohn Interamerican Corp. (docket entry #171) is hereby granted. The Clerk shall disburse the amount of $1,233.58 to Upjohn Interamerican Corp.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30 day of August, 2016.

Mildred Caban Flores
U. S. Bankruptcy Judge

c: DEBTOR(S)
RODRIGO OTERO SURO- DECEASED
WILFREDO SEGARRA MIRANDA
FINANCE DEPT.